UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RONALD PAYNE;

               Plaintiff,

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

              Defendant.
------------------------------------x



10 CV 2629 (BSJ)

**Order**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    After having reviewed Magistrate Judge Katz's Report and Recommendation dated April 15, 2011, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Accordingly, this action should be dismissed for lack of subject matter jurisdiction.

    The party's failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk of the Court is directed to close the case.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         May 6, 2011